IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-02328-CMA-CBS | Date: April 23, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                            *Counsel:*

THOMAS ROBERTS,                        *Pro se* (by phone)

Plaintiff,

v.

STEVEN JUDE MASCARENAS,           *Pro se* (by phone)
KATHY J. MASCARENAS,                *Pro se*

Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  STATUS CONFERENCE**
**Court in session: 01:31 p.m.**
Court calls case.  Appearances of counsel.

The court asks the Plaintiff why he brought this case to federal court.  Plaintiff discusses the arbitration award from a previous case with the same defendants.  The court received a copy of the judgment from the case in Jefferson County.  The Plaintiff has a judgment against the defendants from a criminal case in this court.  The current judgments are still valid and enforceable.  This case will not change how fast the Plaintiff can collect on those judgments.  The court advises the Plaintiff to research Colorado statutes and the Rules of Civil procedure as to how to collect on a judgment.

In light of the court's comments, Mr. Roberts states that he would like to voluntarily dismiss this lawsuit.  Mr. and Mrs. Mascarenas agree on the record to stipulate to dismiss this lawsuit.

**ORDERED:**    Mr. Roberts shall file a Notice of Dismissal under Rule 41 and shall indicate that the defendants stipulated on the record to dismiss this case with prejudice.

                 In light of the pending dismissal of this case, all pending motions, *MOTION [22] to Dismiss, MOTION [31] for Default Judgement, MOTION [33] for Default Judgment, MOTION [37] to Set Aside [34] Clerk's Entry of Default, MOTION [41] for Extension of Time, and MOTION [42] for Order* are **MOOT.**

Hearing Concluded.

**Court in recess: 01:47 p.m.**
Time in court: 00:16

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.